IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORRINE L. ALEXANDER,

      Plaintiff,                    No. CIV S-04-2531 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

      On November 30, 2004, a scheduling order was filed in this case. Pursuant to this order, plaintiff was to complete service of process within 20 days from the filed date of the complaint (November 30, 2004). The court has not received a proof of service showing that the defendant has been served.

      THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m).

DATED: 5/23/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:35 - alexander.osc

1