```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814-2322
 4  Telephone:  (916) 554-2700

 5  Attorneys for Defendant
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE L. ALEXANDER,<br><br>      Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>      Defendant. | CASE NO. 2:04-CV-02531-GGH<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS TO NOVEMBER 18, 2005 |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's motion to dismiss, electronically filed September 29, 2005 in the above-referenced case, is hereby extended to November 18, 2005.

    This is the first extension requested.

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

///

///

1

authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: October 21, 2005         /s/ Eugenie D. Mitchell
                                Eugenie D. Mitchell

                                Attorney for Plaintiff

DATED:  October 25, 2005        McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                                Attorneys for Defendant

## **ORDER**

    APPROVED AND SO ORDERED.

DATED: 10/31/05
                                /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

`alexander.eot`

RE:   CORINNE L. ALEXANDER v. JO ANNE B. BARNHART, Case No. 2:04-CV-02531-GGH, STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS