1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  CORINNE L. ALEXANDER,           CASE NO. **2:04-CV-02531-GGH**

9         Plaintiff,                STIPULATION AND ORDER
                                    REMANDING THE CASE AND
10    v.                            DIRECTING THE CLERK TO ENTER
                                    JUDGMENT
11 JO ANNE B. BARNHART,
   Commissioner of
12 Social Security,

13        Defendant.

14

15         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys,

16 and with the approval of the Court as provided below, that although it is the Commissioner's

17 position that the Court lacks subject matter jurisdiction in the above-referenced case, upon

18 further review the Appeals Council has requested a voluntary remand of the case for further

19 administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the

20 Commissioner will issue a favorable decision, finding that Plaintiff had good cause for late filing

21 a request for administrative review of her 1988 Disability Insurance Benefits claim, and will

22 order a calculation of benefits on that claim.

23         The parties further stipulate that Plaintiff voluntarily withdraws her claim for

24 declaratory relief pursuant to Fed. R. Civ. P. 41(a).

25         It is further stipulated that the Clerk shall enter a separate judgment, as provided for

26 under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v.</u>

27 <u>Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

28         The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

                                    1

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: November 22, 2005      /s/ Eugenie D. Mitchell
                              Eugenie D. Mitchell

                              Attorney for Plaintiff

DATED: November 22, 2005      McGREGOR W. SCOTT
                              United States Attorney

                              By: /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
KRISTINA SHUTE
Assistant Regional Counsel
United States Social Security Administration

_____ o0o _____

**ORDER**

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties.  The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**SO ORDERED.**

**DATED: 11/30/05**                 /s/ Gregory G. Hollows

                                    **GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE**

`alexander.rem`

Re:     Corinne L. Alexander V. Jo Anne B. Barnhart, Case No. 2:04-cv-02531- GGH, Stipulation and Order Stipulation Remanding the Case and Directing the Clerk to Enter Judgment; [Proposed] Order